Bennett v. Townsend.

1. PRACTICE : If a suit be brought against three parties jointly and severally liable, two of whom only are served, it is not error to enter judgment against those served and omit therefrom the other.

Townsend filed his petition in the District Court for Otoe county, against John P. Bennett, H. P. Bennett and Elisha Bennett, upon a joint and several promissory note made by them to him. John P. Bennett and Elisha Bennett, were duly served with summons, but H. P. Bennett was not served. Judgment by default was entered against the defendants who were served only. The defendants brought the case here by petition in error.

O. P. Mason, for plaintiff in error, contended that it was necessary to enter judgment against all or none of the defendants in the writ, and cited Russell v. Hogan, 1 Scam. 552 ; Owen v. Bond, Breese 91 ; Ladd v. Edwards, Breese 139 ; Robertson v. Smith, 18 Johnson ; Hosey v. County of Macoupin, 2 Scam. 36 ; Wright v. Meredith, 4 Scam. 361 ; Freeman's Illinois, Dig. 2, 975.

H. H. Harding, contra.

The court, by STREETER, J. The judgment was rightly entered against the defendants served. It was not error not to make it in form against the defendant who was not served.

Judgment affirmed.